■ GARY LIANG, Respondent, v YI JING TAN et al., Appellants. [33 NYS3d 751]—In an action, inter alia, to recover damages for conversion and breach of fiduciary duty, the defendants appeal from an order of the Supreme Court, Queens County (Grays, J.), dated October 13, 2014, which denied their motion, denominated as one "for leave to reargue and reconsider" their prior motion, among other things, for a hearing on the issue of bribery of a witness, which was denied in an order of the same court dated June 26, 2014.

Ordered that the appeal is dismissed, with costs.

The defendants' motion, denominated as one "for leave to reargue and reconsider" an order dated June 26, 2014, denying their motion, inter alia, for a hearing on the issue of bribery of a witness, is, in actuality, a motion for reargument. As the denial of a motion for reargument is not appealable (*see George v Yoma Dev. Group, Inc.*, 83 AD3d 776 [2011]; *Coccia v Liotti*, 70 AD3d 747, 759 [2010]; *Tokio Mar. & Fire Ins. Co., Ltd. v Borgia*, 11 AD3d 603, 604 [2004]), the appeal must be dismissed (*see George v Yoma Dev. Group, Inc.*, 83 AD3d at 776; *Fahey v County of Nassau*, 111 AD2d 214, 214 [1985]). Mastro, J.P., Dickerson, Austin and Roman, JJ., concur.